E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration
     Office of Program Litigation, Office 7
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: (510) 970-4853
     Email: paul.sachelari@ssa.gov
Attorneys for Defendant

JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZACHARY YOST-CHATMAN,<br><br>    Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-05114-SK<br><br>**JUDGMENT OF<br>REMAND** |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED:   3/29/2023

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE