Olivia Sanders SBN 208266
Law Offices of Olivia Sanders
3415 S. Sepulveda Blvd. Suite 660
Los Angeles, CA  90034 (310) 641-9001
(310) 641-9007 (Facsimile)
Email: sanderslaw@sbcglobal.net

Attorney for Plaintiff
Zachary Y-C[1]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Y-C,<br><br>      Plaintiff;<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security;<br><br>      Defendant. | Case No.: 2:22-cv-05114-SK<br><br>**ORDER ON AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [EAJA]**<br><br>**[28 U.S.C. §2412(d)]** |

IT IS ORDERED that attorney's fees in the amount of Three Thousand Seven Hundred Seventy-eight dollars and seventy-eight cents as authorized by 28 U.S.C. § 2412 and 28 U.S.C. § 1920 are awarded based upon and subject to the terms of the Parties' Stipulation pursuant to the Equal Access to Justice Act.

Date:  May 8, 2023            By: _____
                                  Steve Kim, Magistrate Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1

*Zachary Y-C v. Acting Commissioner of SSA*